| CJA-23 (Rev 3/21) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)
IN THE CASE OF
U.S.A. v. Adrian S. Holmes
FOR Eastern District of Tennessee
AT Knoxville

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)
Adrian S. Holmes

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☑ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge

District Court
3:98-CR-00006-001

Court of Appeals

CHARGE/OFFENSE (Describe if applicable & check box→) ☐ Felony ☐ Misdemeanor
Violation of Supervised Release

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☐ No ☑ Unknown  Will obtain employment upon Release.

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 14,500 | 4 Bed 2 Bath Mobilehome $0 |
| Car/Truck/Vehicle | $ uncertain | 2010 Genesis, 2011 Ram 1500 $0 |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 150 - 200

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? Self

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 0 | $ |
| Groceries | $ 200 | $ |
| Medical expenses | $ 25 | $ 600 |
| Utilities | $ 250 | $ |
| Credit cards | $ 25 mn. | $ uncertain |
| Car/Truck/Vehicle | $ PIF | $ PIF |
| Childcare | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A |
| Insurance | $ 250 every 6 months | $ |
| Loans | $ N/A | $ N/A |
| Fines | $ N/A | $ N/A |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_Adrian Holmes w/ Permission by Tim Yancey_  4/27/21
SIGNATURE OF DEFENDANT        Date
(OR PERSON SEEKING REPRESENTATION)