IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 3:98-CR-06-RLJ-HBG |
| ADRIAN HOLMES, ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter came before the undersigned for a preliminary hearing on an Amended Petition For Warrant For Offender Under Supervision [Doc. 127] pursuant to Fed. R. Crim. P. 5.1 on April 29, 2021. Gretchen Mohr, Assistant United States Attorney, was present representing the Government and Jonathan Moffatt was present representing the Defendant. The Defendant was also present. At the hearing, the Government presented the testimony of U.S. Probation Officer Amanda Palmiter. Probation Officer Palmiter's testimony, and Exhibits 1-4 introduced therewith, established probable cause for the Court to conclude that the Defendant committed several violations of his supervised release conditions, as set forth in the Amended Petition.

Accordingly, it is ORDERED that the Defendant is therefore held to answer in the District Court.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge